**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TRENCH TECH INTERNATIONAL, INC.,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:19-cv-00201-O** |
| **TECH CON TRENCHING, INC. et al,** | § § § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

The Court has entered its Order dismissing Nelson Lewis, Inc. and Diamond H. Trenching, Inc., for lack of jurisdiction. Order, ECF No. 132. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Nelson Lewis, Inc. and Diamond H. Trenching, Inc. are **DISMISSED** as parties **without prejudice**. There being no other claims against them, there is no reason to delay making this order final. Accordingly, pursuant to Federal Rule of Civil Procedure 54(b), the order dismissing these defendants is a final judgment.

**SO ORDERED** on this **20th** day of **March**, **2020**.


_Reed O'Connor_
UNITED STATES DISTRICT JUDGE