# EXHIBIT C

# INVOICE

## Conex Equipment Mfg.
### CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

DATE: February 11, 2013
INVOICE #: 1217

FOR: TT2300

BILL TO: David Conlon
Tech-Con, Inc.
631 N. Nugent Ave
Johnson City, Tx 78636
830-868-2886

Customer PO#

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 1 ea. TC102270 Inter. Shaft spacer @ $125.00 ea | T | $ 125.00 |
| 1 ea. TC102070 Inter Shaft seal cap @ $375.00 ea. | T | $ 375.00 |
| 1 ea. TC101970 Inter shaft brg. Hsg. @ $1812.50 ea. | T | $ 1,812.50 |
| 1 ea. TC102170 Inter. Shaft brg. Spacer @ $ 125.00 ea. | T | $ 125.00 |
| 1 ea. TC101870 inter shaft spacer @ $ 125.00 ea. | T | $ 125.00 |
| 1 ea. TC101770 Brg. Hsg. @ $1968.75 ea. | T | $ 1,968.75 |
| 1 ea. TC102570 Counter Shaft @ $ 2500.00 ea. | T | $ 2,500.00 |

Delivery $175.00

|  |  |
|---|---|
| $ | 7,031.25 |
|  | 8.25% |
| $ | 580.08 |
|  | 175.00 |
| TOTAL $ | 7,788.33 |

Make all checks payable to Conex Equipment Mfg.. If you have any questions concerning this invoice, contact Randy Lennard. 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 2

# INVOICE

## Conex Equipment Mfg.
### CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

DATE: March 19, 2013
INVOICE # 1240

FOR:

BILL TO: David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, Tx 78636
830-868-2886

Customer PO#

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 2ea 2300 Tailwheel | T | $ 12,800.00 |
| | T | |
| | T | |
| | T | |
| | T | |

Delivery Charge To Be Determined

| | | |
|---|---|---|
| | $ | 12,800.00 |
| | | 8.25% |
| | $ | 1,056.00 |
| TOTAL | $ | 13,856.00 |

Make all checks payable to Conex Equipment Mfg.. If you have any questions concerning this invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**



EXHIBIT 4

# INVOICE

## Conex Equipment Mfg.
### CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

**DATE:** May 28, 02013
**INVOICE #** 1272

**FOR:** TT2500-1825

**BILL TO:** David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, Tx 78636
830-868-2886

Customer PO# 24

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 2 ea. Hyd Tank Covers @ $145.00 ea. | T | $ 290.00 |

Picked up by Jeremy Gilbert

| | |
|---|---|
| SUBTOTAL | $ 290.00 |
| TAX RATE | 8.25% |
| SALES TAX | $ 23.93 |
| OTHER | |
| TOTAL | $ 313.93 |

Make all checks payable to Conex Equipment Mfg. If you have any questions concerning this invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 6

# INVOICE

**Conex Equipment Mfg.**
*CNC & Manual Machining, Welding*

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

**DATE:** February 12, 2014
**INVOICE #** 1455
**FOR:** 2300
**BILL TO:** David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, Tx 76836
830-868-2886

Customer PO#

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 3 ea. TC101483 Lower Boom Cylinder Pin @ 225.00 ea. | T | $ 675.00 |
| Delivery $75.00 | | |
| SUBTOTAL | | $ 675.00 |
| TAX RATE | | 8.25% |
| SALES TAX | | $ 55.69 |
| OTHER | | 75.00 |
| TOTAL | | $ 805.69 |

Make all checks payable to Conex Equipment Mfg.. If you have any questions concerning this invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 18

# INVOICE

## Conex Equipment Mfg.
*CNC & Manual Machining, Welding*

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

**DATE:** March 17, 2014
**INVOICE #** 1474

**FOR:** 2300

**BILL TO:** David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, TX 78636
830-86a-2886

Customer PO# 2040

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 2 ea. CX23-PBH-47 Bearing Housing Pivot @ $ 3625.00 ea. | T | $ 7,250.00 |
| 2 ea. CX23-PB-51 Pivot Bushings @ $ 656.25 ea | T | $ 1,312.50 |
| Delivery $125.00 | | |
| SUBTOTAL | | $ 8,562.50 |
| TAX RATE | | 8.25% |
| SALES TAX | | $ 706.41 |
| OTHER | | 125.00 |
| TOTAL | | $ 9,393.91 |

Make all checks payable to Conex Equipment Mfg., if you have any
questions concerning this invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 20

# INVOICE

## Conex Equipment Mfg.
### CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

**DATE:** April 2, 2014
**INVOICE #** 1486

**FOR:** 2300

**BILL TO:** David Conlon
Tech-Con, Inc.
631 N. Nugent Ave
Johnson City, Tx 78836
830-868-2888

Customer PO# 2064

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 1 ea. 2300 Boom end section material, forming and machining | T | $ 4,157.50 |
| w/2-1/2" side plates and tailwheel clamp | | |
| 1 ea. Tailwheel clamp alignment jig. | T | $ 925.00 |
| | | |
| Delivery $ 175.00 | | |
| | SUBTOTAL | $ 5,082.50 |
| | TAX RATE | 8.25% |
| | SALES TAX | $ 419.31 |
| | OTHER | 175.00 |
| | TOTAL | $ 5,676.81 |

Make all checks payable to Conex Equipment Mfg.. If you have any questions concerning this invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 23

# INVOICE

## Conex Equipment Mfg.
CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

DATE: November 11, 2014
INVOICE # 1608

FOR:

BILL TO: David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, Tx 78636
830-868-2886

Customer PO# David

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 6 ea. CX1000895 Track Drive Spkt. @ $ 3990.00 ea. | T | $ 23,940.00 |
| Delivery $175.00 | | |

| | | |
|---|---|---|
| SUBTOTAL | $ | 23,940.00 |
| TAX RATE | | 8.25% |
| SALES TAX | $ | 1,975.05 |
| OTHER | | 175.00 |
| TOTAL | $ | 26,090.05 |

Make all checks payable to Conex Equipment Mfg., If you have any
questions concerning this invoice, contact Randy Lennard. 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 29

# INVOICE

## Conex Equipment Mfg.
*CNC & Manual Machining, Welding*

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

DATE: April 6, 2015
INVOICE #: 1675

FOR:

BILL TO: David Conlon
Tech-Con, Inc
631 N. Nugent Ave.
Johnson City, Tx 78636
830-868-2886

Customer PO#  David

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 4 ea. CX101483 Tailwheel HD Style 2300 @ $ 8500.00 ea. | T | $ 26,000.00 |
| 2 ea. CX101495 Tailwheel HD Style 2500 @ $ 6700.00 ea. | T | $ 13,400.00 |

Terms: 50% Down  --Balance when parts are ready to Deliver

Delivery @ $350.00  two trips

| | | |
|---|---|---|
| SUBTOTAL | $ | 39,400.00 |
| TAX RATE | | 8.25% |
| SALES TAX | $ | 3,250.50 |
| OTHER | | 350.00 |
| TOTAL | $ | 43,000.50 |

Make all checks payable to Conex Equipment Mfg.. If you have any questions concerning this Invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 39

# INVOICE

## Conex Equipment Mfg.
CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

DATE: April 6, 2015
INVOICE #: 1675-1

FOR:

BILL TO: David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, TX 78636
830-666-2886

Customer PO#   David

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 4 ea. CX101483 Tailwheel HD Style 2300 @ $ 6500.00 ea. | T | |
| 2 ea. CX101495 Tailwheel HD Style 2500 @ $ 6700.00 ea. | T | |
| | | |
| Delivery for 4 ea Tailwheels 08/25/2015 | | |
| David this is for deliverying the other 4 ea. Tailwheels per your request | | |

| | | |
|---|---|---|
| SUBTOTAL | $ | |
| TAX RATE | | 8.25% |
| SALES TAX | $ | |
| OTHER | | 175.00 |
| TOTAL | $ | 175.00 |

Make all checks payable to Conex Equipment Mfg.. If you have any
questions concerning this invoice, contact Randy Lennerd; 972-345-1689

THANK YOU FOR YOUR BUSINESS!

# INVOICE

## Conex Equipment Mfg.
### CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1889
817-451-1278

**DATE:** February 5, 2016
**INVOICE #** 1836
**FOR:** 2300

**BILL TO:** David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, Tx 78636
830-868-2886

Customer PO# 2567

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 3 ea. TC102083 Headshaft (2300) @ $6000.00 ea. | T | $ 18,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 18,000.00 |
| TAX RATE | | 8.25% |
| SALES TAX | $ | 1,485.00 |
| OTHER | | |
| TOTAL | $ | 19,485.00 |

Make all checks payable to Conex Equipment Mfg.. If you have any questions concerning this invoice, contact Randy Lennard, 972-345-1889

**THANK YOU FOR YOUR BUSINESS!**


EXHIBIT 48

# INVOICE

## Conex Equipment Mfg.
*CNC & Manual Machining, Welding*

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

DATE: April 11, 2016
INVOICE # 1860

FOR: 2500

BILL TO: David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, Tx 78636
830-868-2866

Customer PO#

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 4 ea. TC100495 Pivot Bushing Bearing Hsg. @ $ 3150.00 ea. | T | $ 12,600.00 |
| Add extra Grease holes and wider grease gooves | | |
| Customer needs 2 ea. ASAP (2 wks or less) | | |
| 2 ea. In 6 wks | | |

| | | |
|---|---|---|
| SUBTOTAL | $ | 12,600.00 |
| TAX RATE | | 8.25% |
| SALES TAX | $ | 1,039.50 |
| OTHER | | |
| TOTAL | $ | 13,639.50 |

Make all checks payable to Conex Equipment Mfg. If you have any
questions concerning this invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 49

# INVOICE

**Conex Equipment Mfg.**
CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

DATE: Oct. 18, 2016
INVOICE # 1923
FOR: 2300

BILL TO: David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, Tx 78636
830-868-2886

Customer PO# David Conlon 002

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 2 ea. TC100183 (2370001) Track Drive Spkt @ $3599.00 ea. | T  $ | 7,198.00 |
| Delivery $150.00 | T  $ | 150.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 7,348.00 |
| TAX RATE | | 8.25% |
| SALES TAX | $ | 606.21 |
| OTHER | | |
| TOTAL | $ | 7,954.21 |

Make all checks payable to Conex Equipment Mfg... If you have any questions concerning this invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 53

# INVOICE

**Conex Equipment Mfg.**
CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1276

DATE: December 28, 2016
INVOICE #: 1972
FOR: 2500

BILL TO:
David Conlon
Tech-Con, Inc
631 N. Nugent Ave
Johnson City, Tx 78636
830-868-2886

Customer PO#: David Conlon 002

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 2 ea. 157895 (2570008) Track Drive Spkt @ $3990.00 ea. | T | $7,980.00 |
| Delivery $50.00 | T | $75.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 8,055.00 |
| TAX RATE | | 8.25% |
| SALES TAX | $ | 664.54 |
| OTHER | | |
| TOTAL | $ | 8,719.54 |

Make all checks payable to Conex Equipment Mfg. If you have any questions concerning this invoice, contact Randy Lennard, 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT 56

# INVOICE

**Conex Equipment Mfg.**
CNC & Manual Machining, Welding

P.O. Box 551
Kennedale, TX 76060
972-345-1689
817-451-1278

DATE: July 29, 2017
INVOICE #: 2070

FOR: 2000, 2300, 2500

BILL TO: David Conlon
Tech-Con, Inc
831 N. Nugent Ave
Johnson City, TX 78636
830-868-2686

Customer PO# David Conlon

| DESCRIPTION | T | AMOUNT |
|---|---|---|
| 3 ea. 2530002 Conveyor Drive Pully Flange @ $395.00 ea. | T | $ 1,185.00 |
| Customer Pickup 1 ea. | | |
| Ship 2 ea. UPS  Delivered with cost | T | |

| | | |
|---|---|---|
| SUBTOTAL | $ | 1,185.00 |
| TAX RATE | | 8.25% |
| SALES TAX | $ | 97.76 |
| OTHER | | |
| TOTAL | $ | 1,282.76 |

Make all checks payable to Conex Equipment Mfg. If you have any questions concerning this invoice, contact Randy Lennard. 972-345-1689

**THANK YOU FOR YOUR BUSINESS!**



EXHIBIT 65