UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TRENCH TECH INT'L, INC. & <br> TRENCH-TECH, LTD., <br> <br> Plaintiffs, <br> <br> v. <br> <br> TECH CON TRENCHING, INC., et al.; <br> <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:19-cv-00201-O |

## FINAL JUDGMENT

This Judgment is issued according to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' claims against Defendants are **DISMISSED**.

2. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** this **28th day** of **June, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE