UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **TRENCH TECH INT'L, INC. &** § <br> **TRENCH-TECH, LTD.,** § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **TECH CON TRENCHING, INC., et al.,** § <br> § <br> Defendants. § | Civil Action No. 4:19-cv-00201-O |

## ORDER

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case regarding Plaintiff Trench Tech International, Inc.'s Motion to Review Bill of Costs and Objections to Bill of Costs (ECF No. 502), filed August 3, 2022. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation (ECF No. 523) of the United States Magistrate Judge and **ORDERS** that:

1. Defendants' Bill of Costs for service and summons of subpoenas be **REDUCED** by $1,191.75 and that Defendants be **awarded $1,718.25** for service of summons and subpoenas as taxable and necessarily incurred costs.

2. Defendants' Bill of Costs for transcripts be **REDUCED** by $6,827.90 for costs of miscellaneous deposition fees and $13,285.50 for non-itemized invoices and that Defendants be **awarded $37,861.10** for transcripts as taxable and necessarily incurred costs.

3. Defendants' Bill of Costs for project management fees by **REDUCED** by $412 and that Defendants be **awarded $21,726.26** for delivery fees, scanning and printing, and project management fees as taxable and necessarily incurred costs.

4. Defendants' Bill of Costs associated with Bates-labeling be **REDUCED** by $3,280.39 and that Defendants be **awarded $23,457.11** for presentation costs, video editing, copies of records from third-party subpoenas, and Bates-labeling as taxable and necessarily incurred costs.

In sum, Defendants shall be awarded **$84,762.72** in taxable costs.

**SO ORDERED** this **21st day** of **November, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**